## Commonwealth *v.* Niver, Appellant.

 Before WALSH, JR., J., without a jury. 

 Submitted September 12, 1975. *Nathan Criste*, Assistant Public Defender, for appellant; *Peter F. Schenck*, Assistant District Attorney, *Stephen B. Harris*, First Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Norman, Appellant.

 Before WILSON, J., without a jury. 

 Submitted September 12, 1975. *Eli N. Donsky*, and *Donsky, Katz, Levin and Dashevsky*, for appellant; *Daniel P. McElhatton, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.